RB HEMPSTEAD, LLC, Appellant, v INCORPORATED VILLAGE OF HEMPSTEAD et al., Respondents.

Submitted April 16, 2007; decided June 12, 2007

Motion, insofar as it seeks leave to appeal as against the

Incorporated Village of Hempstead Community Development Agency, dismissed upon the ground that as to that party the order sought to be appealed from does not finally determine the action within the meaning of the Constitution; motion, insofar as it seeks leave to appeal as against the Incorporated Village of Hempstead, denied.